IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-00196-CR-W-HFS |
| | ) | |
| vs. | ) | |
| | ) | Date: January 19, 2017 |
| DARREN S. O'DELL, | ) | |
| | ) | |
| Defendant. | ) | |

MINUTE SHEET

HONORABLE Howard F. Sachs presiding at Kansas City
========================================================================

Nature of Proceeding: Change of Plea

Time Commenced: 11:08 a.m.                Time Terminated: 11:42 a.m.

Plaintiff by: David Barnes, AUSA          Defendant by: Michael Reardon, Retained

Comments: All parties appear. Court in session. Defendant desires to withdraw plea of not guilty and enter plea of guilty to Counts 1 and 3 of the Indictment. Court summarizes nature of charges, maximum punishment under the law, procedural rights and rights to trial by jury. Factual basis for entering plea discussed by Court. Plea agreement discussed. Defendant pleads guilty to Counts 1 and 3 of the Indictment. Government summarizes facts alleged. Defendant sworn. Defendant found competent to plead. Factual basis established. Guilty plea accepted by the Court as being entered freely and voluntarily. Presentence investigation report ordered. Defendant is directed to surrender to the U.S. Marshall's office at the conclusion of hearing.

Courtroom Deputy: Christy Anderson         Court Reporter: Kimberly Greiner