**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI WESTERN
DIVISION**

UNITED STATES OF AMERICA,

                Plaintiff,

      v.                              Case No.   16-00196-01-CR-W-HFS

DARREN S. O'DELL,

                Defendant.

## <u>RESTITUTION JUDGMENT</u>

1.      The defendant is sentenced to pay a total of $18,000.00 as restitution pursuant to 18 U.S.C. § 2259.

2.      The victim's name and total losses are listed in Attachment A to this Restitution Judgment.

3.      The court has determined that the defendant does not have the ability to pay interest; therefore, interest is waived.

4.      Pursuant to 18 U.S.C. § 3612(g), the defendant may be subject to delinquent and default penalties.

5.      Restitution is due and payable immediately and notwithstanding any other provision of this order, the Government may enforce restitution at any time.

6.      If incarcerated, the defendant shall participate in the Bureau of Prisons= Inmate Financial Responsibility Program at a rate of at least $25.00 per quarter, or if assigned as a UNICOR grade 1 through 4 employee, at least 50% of the prisoner=s monthly pay.

7.      Each month the defendant shall pay to the Clerk at least $ 100.00 or 10 percent of his gross monthly income, whichever is greater, commencing 30 days from release from incarceration to the extent restitution has not already been made.

8.      All payments shall be made to the Clerk of the Court, United States District Court, 400 E. 9th Street, Room 1150, Kansas City, MO 64106.

9.      The defendant shall notify, within 30 days, the Clerk of the Court and the United States Attorney=s Office, Financial Litigation Unit, 400 E. 9th Street, Room 5510, Kansas City, MO 64106 of:   (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution.

_____/s/ Howard F. Sachs_____
HOWARD F.SACHS
Senior United States District Judge


Dated:  May 22, 2017

## ATTACHMENT A TO RESTITUTION JUDGMENT

| NAME OF VICTIM | TOTAL DUE TO VICTIM |
|---|---|
| Carol L. Hepburn, Esq. in trust for "Sarah" 200 1st Ave. W Suite 550 Seattle, WA 98119 (503) 222-0200 tel. (503) 248-0200 fax | $ 2000.00 "Marineland" Series |

| NAME OF VICTIM | TOTAL DUE TO VICTIM |
|---|---|
| Deborah A. Bianco, Esq. in trust for "Ava," "Mya" & "Pia" 14535 Bellevue-Redmond Rd., #201 Bellevue, WA 98007 (425) 747-4500 tel. (425) 747-8400 fax | $ 3000.00 total ($100.00 per victim) "Sweet Sugar" Series |

| NAME OF VICTIM | TOTAL DUE TO VICTIM |
|---|---|
| Lenahan Law P.L.L.C. F/B/O/ "Angela" 2655 Villa Creek Suite 222 Dallas, TX   75234  (214) 584-6665 tel. (844) 808-6882 fax | $ 1000.00 "Angela" Series |

| NAME OF VICTIM | TOTAL DUE TO VICTIM |
|---|---|
| Carol L. Hepburn, Esq.,in trust for "Vicky" 200 1st. Ave. W Suite 550 Seattle, WA   98119  (503) 222-0200 tel. (503) 248-0200 fax | $ 1000.00 "Vicky" Series |

| NAME OF VICTIM | TOTAL DUE TO VICTIM |
|---|---|
| Carol L. Hepburn, Esq.,in trust for "Sierra," "Savannah," "Skylar" & "Sally" 200 1st. Ave. W Suite 550 Seattle, WA   98119 <br><br>(503) 222-0200 tel. <br>(503) 248-0200 fax | $ 4000.00 total ($1000.00 per victim) "Jan Socks" Series |

| NAME OF VICTIM | TOTAL DUE TO VICTIM |
|---|---|
| Cusack, Gilfillan & O'Day, LLC, in trust for "Cindy" 415 Hamilton Blvd. Peoria, IL   61602 <br><br>(309) 637-5382 tel. <br>(309) 637-5788 fax | $ 1000.00 "Cindy" Series |

| NAME OF VICTIM | TOTAL DUE TO VICTIM |
|---|---|
| Tanya Hankins, Esq., in trust for the "8 Kids Series," The Law Office of Erik L. Bauer 215 Tacoma Ave. South Tacoma, WA   98402 (253) 383-2000 tel. (253) 383-0154 fax | $ 5000.00 total ($1000.00 per victim, John Doe I-V) "8 Kids" Series |

| NAME OF VICTIM | TOTAL DUE TO VICTIM |
|---|---|
| Tanya Hankins, Esq., in trust for "Emily," The Law Office of Erik L. Bauer 215 Tacoma Ave. South Tacoma, WA   98402 (253) 383-2000 tel. (253) 383-0154 fax | $ 1000.00 total "tightsngold" Series |